**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>RAY DARNELL WEBB, a.k.a. Reno,<br><br>        Defendant - Appellant. | No. 14-10228<br><br>D.C. No. 2:13-cr-00184-KJD-VCF-2<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted January 29, 2015[**]

Before:      HUG, FARRIS, and CANBY, Circuit Judges.

Ray Darnell Webb appeals from the district court's judgment and challenges

his guilty-plea conviction and 96-month sentence for coercion and enticement, in

violation of 18 U.S.C. § 2422(a).  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Webb's counsel has filed a brief stating that there are no grounds for relief,

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Webb the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Webb has waived his right to appeal his conviction. Because the record discloses no arguable issue as to the validity of that waiver, we dismiss the appeal of Webb's conviction. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief with respect to the sentence. We therefore affirm the sentence.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED in part; AFFIRMED in part**.